**Order entered April 23, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00428-CV

## IN THE INTEREST OF D.F.D. AND T.Z.D., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19199**

## ORDER

Before the Court is appellant's April 16, 2020 motion to proceed pro se. We

**GRANT** the motion. Appellant is proceeding pro se in this appeal.

/s/    KEN MOLBERG
       JUSTICE